**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In Re: | | |
|---|---|---|
| Linda Y. Smith | Case No.: | 13-28209 |
| | Hearing Date: | |
| | Chapter: | ABA |
| | Judge: | 13 |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __Andrew B. Altenburg Jr.__, United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Trustee's Certification of Default re:

**Location of Hearing:** Courtroom No. __4B__
Mitchell H. Cohen US Courthouse
400 Cooper Street
Camden NJ 08101

**Date and Time:** 7/20/2018 @ 9:00 AM , or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: 5/24/2018

JEANNE A. NAUGHTON, Clerk

By: /s/Kenyatta A. Johnson
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on __5/24__, 20__18__ this notice was served on the following: Lauren N Lee, Tamika Nicole Wyche
Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/Kenyatta A. Johnson
Deputy Clerk

*rev.1/4/17*

```
                        United States Bankruptcy Court
                              District of New Jersey
```

```
In re:                                                      Case No. 13-28209-ABA
Linda Y. Smith                                              Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: May 24, 2018
                              Form ID: pdf900          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2018.
db             +Linda Y. Smith,    11 Palmetto Avenue,    Marlton, NJ 08053-1820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2018 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    Ocwen Loan Servicing, LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Residential Credit Solutions, Inc.
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Elizabeth L. Wassall    on behalf of Creditor    Ocwen Loan Servicing, LLC vbarber@udren.com,
               ewassall@udren.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial serviced by Ally Servicing LLC
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Joshua I. Goldman    on behalf of Creditor    Residential Credit Solutions, Inc.
               jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Tamika Nicole Wyche    on behalf of Debtor Linda Y.  Smith dpdlawyer@comcast.net,
               G30609@notify.cincompass.com
                                                                                             TOTAL: 9