# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee†*

*Jane L. McDonald, Counsel*  *Kelleen E. Stanley\**
*Raymond H. Shockley, Jr. Staff Attorney*  *Jennie P. Archer\**
*Jennifer R. Gorchow, Staff Attorney*  *Jenai M. Cerquoni\**

*\*Certified Bankruptcy Assistant*
*†Fellow, American College of Bankruptcy*

August 13, 2018

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:   Chapter 13 Bankruptcy
      Debtor(s) Name:      Linda Y. Smith
      Case No:             13-28209   ABA
      Hearing Date:        N/A

Dear Judge Altenburg:

Please accept this letter as a limited objection to Debtor(s)' Motion/Application filed on August 7, 2018 for the above-captioned matter.

The proposed form of order filed with the Motion/Application, fails to indicate a correct monthly Trustee payment going forward. Therefore, the Trustee respectfully requests that the proposed form of order be amended to reflect a final payment in the amount of $817.00 is due on or prior to August 30, 2018.

**Please note that Debtor(s)' counsel will be required to submit the amended Order and wage order, if applicable, to the Judge's Chambers with a copy to this office under the Seven (7) Day Rule.**

As always, the Court is welcome to contact the Trustee with any concerns.

Respectfully submitted,

*OFFICE OF THE CHAPTER 13*
*STANDING TRUSTEE*

*/s/ Isabel C. Balboa*

**ISABEL C. BALBOA**
Chapter 13 Standing Trustee

ICB:lka

c:   Tamika N. Wyche, Esquire   (Debtor(s) Attorney)   (via Electronic Case Filing / ECF)
     Linda Y. Smith   (Debtor)   (via First Class Mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:
P.O. Box 1978
Memphis, TN 38101-1978