UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

LAW OFFICES OF DAVID PAUL DANIELS, LLC
Tamika N. Wyche, Esquire
3300 FEDERAL STREET
CAMDEN, NEW JERSEY 08105
**(856) 338-0411**
TW 006502006

**Order Filed on August 15, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re: LINDA SMITH

Case No.: 13-28209-ABA

Adv. No.:

Hearing Date:

Judge: HON. ANDREW B. ALTENBURG

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 15, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: LINDA SMITH

Case No: 13-28209-ABA

Caption of Order: **ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

_____

Upon consideration of Tamika N. Wyche, Esquire, application for an order granting attorney fees, and good cause appearing therefore, it is hereby

Ordered that TAMIKA N. WYCHE, ESQUIRE, the applicant, is allowed a fee of $400.00 for the services rendered as set forth in applicant's Certification of Debtor's Counsel Supporting Chapter 13 Fee. The allowance shall be payable:

__X__     through the Chapter 13 Plan as an administrative priority.

_____     outside the plan.

The debtor's monthly plan is modified to a final payment of $817.00 due on or prior to August 30, 2018.