UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**LAW OFFICES OF DAVID PAUL DANIELS, LLC**
Tamika N. Wyche, Esquire
**3300 FEDERAL STREET**
**CAMDEN, NEW JERSEY 08105**
**(856) 338-0411**
TW 006502006

Order Filed on August 15, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re: LINDA SMITH

Case No.: 13-28209-ABA

Adv. No.:

Hearing Date:

Judge: HON. ANDREW B. ALTENBURG

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 15, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: LINDA SMITH

Case No: 13-28209-ABA

Caption of Order: **ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

_____

     Upon consideration of Tamika N. Wyche, Esquire, application for an order granting attorney fees, and good cause appearing therefore, it is hereby

     Ordered that TAMIKA N. WYCHE, ESQUIRE, the applicant, is allowed a fee of $400.00 for the services rendered as set forth in applicant's Certification of Debtor's Counsel Supporting Chapter 13 Fee. The allowance shall be payable:

  __X__      through the Chapter 13 Plan as an administrative priority.

  _____      outside the plan.

     The debtor's monthly plan is modified to a final payment of $817.00 due on or prior to August 30, 2018.

United States Bankruptcy Court
District of New Jersey

In re:  
Linda Y. Smith  
    Debtor

Case No. 13-28209-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Aug 15, 2018  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2018.  
db         +Linda Y. Smith,    11 Palmetto Avenue,    Marlton, NJ 08053-1820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2018 at the address(es) listed below:

       Brian C. Nicholas    on behalf of Creditor    Ocwen Loan Servicing, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Denise E. Carlon    on behalf of Creditor    Residential Credit Solutions, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Elizabeth L. Wassall    on behalf of Creditor    Ocwen Loan Servicing, LLC vbarber@udren.com, ewassall@udren.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       John R. Morton, Jr.    on behalf of Creditor    Ally Financial serviced by Ally Servicing LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       Joshua I. Goldman    on behalf of Creditor    Residential Credit Solutions, Inc. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Tamika Nicole Wyche    on behalf of Debtor Linda Y. Smith dpdlawyer@comcast.net, G30609@notify.cincompass.com  
                                                              TOTAL: 9